# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00028-MEH

OTTER PRODUCTS, LLC, et al.

    Plaintiffs,

v.                                          Magistrate Michael E. Hegarty

NIMEX GROUP, et al.

    Defendants.

---

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. hereby voluntarily dismiss without prejudice all in this action.

Dated: February 28, 2019

                                            Respectfully submitted,

                                            *s/Arryn K. Miner*
                                            Tyler B. Pensyl (Ohio Bar. No. 0080649)
                                            Arryn K. Miner (Ohio Bar No. 0093909)
                                            Vorys, Sater, Seymour and Pease LLP
                                            52 East Gay Street
                                            Columbus, Ohio 43216
                                            Phone: (614) 464-6334
                                            Facsimile: (614) 719-5072
                                            Email: tbpensyl@vorys.com
                                                        akminer@vorys.com

                                            Martha L. Fitzgerald, #14078
                                            Joshua A. Weiss, #49758
                                            Brownstein Hyatt Faber Schreck, LLP
                                            410 Seventeenth Street, Suite 2200

Denver, Colorado 80202-4432
Phone: (303) 223-1472
Email: mfitzgerald@bhfs.com
           jweiss@bhfs.com

*Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court on February 28, 2019. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I will also send a copy of the foregoing to counsel for Defendant via U.S. mail at:

    Kevin Kehrli
    Michael Steinmetz
    Garson, Segal, Steinmetz, Fladgate LLP
    164 West 25th St. 11R
    New York, NY 10001
    (P) 212-380-3623
    (F) 347-537-4540
    kk@gs2law.com
    ms@gs2law.com

                                      *s/Arryn K. Miner*
                                      Arryn K. Miner